**Order entered August 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00440-CV

### OBSIDIAN SOLUTIONS, LLC F/N/A ARCO IDEAS, LLC, Appellant

### V.

### KBIDC INVESTMENTS LLC, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10092**

## ORDER

Before the Court is appellant's August 13, 2019 motion for an extension of time to file its brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on August 13, 2019 filed as of the date of this order.

Appellee's brief on the merits is due Monday, September 16, 2019.

/s/     KEN MOLBERG
JUSTICE